Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−13805−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terry A. DeSande                                          Linda A. DeSande
   93 Eton Ron                                                     93 Eton Ron
   Toms River, NJ 08757                           Toms River, NJ 08757

Social Security No.:
   xxx−xx−1810                                            xxx−xx−5907

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/5/20 at 09:00 AM

to consider and act upon the following:

**40** − Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of New Residential Mortgage, LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 01/14/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Holdren, Elizabeth)


Dated: 1/15/20

                                                                                Jeanne Naughton
                                                                                Clerk, U.S. Bankruptcy Court