Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−13805−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry A. DeSande                        Linda A. DeSande
93 Eton Ron                             93 Eton Ron
Toms River, NJ 08757                    Toms River, NJ 08757

Social Security No.:
    xxx−xx−1810                         xxx−xx−5907

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/5/20 at 09:00 AM

to consider and act upon the following:

*40* − Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of New Residential Mortgage, LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 01/14/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Holdren, Elizabeth)

Dated: 1/15/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 19-13805-CMG
Terry A. DeSande                                            Chapter 13
Linda A. DeSande
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 15, 2020
                              Form ID: ntchrgbk     Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db/jdb          Terry A. DeSande,   Linda A. DeSande,   93 Eton Ron,   Toms River, NJ  08757
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    New Residential Mortgage, LLC d/b/a Shellpoint
           Mortgage Servicing eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
          Eugene D. Roth    on behalf of Debtor Terry A. DeSande erothesq@gmail.com
          Eugene D. Roth    on behalf of Joint Debtor Linda A. DeSande erothesq@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8
```