| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corporation* | Order Filed on December 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Terry A. Desande<br>Linda A. Desande<br><br>          Debtors. | Chapter: 13<br><br>Case No.: 19-13805-CMG<br><br>Hearing Date: December 16, 2020<br><br>Judge Christine M. Gravelle |

**CONSENT ORDER RESOLVING MOTION TO**
**VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 22, 2020**

                    */s/ Christine M. Gravelle*
                    Honorable Christine M. Gravelle
                    United States Bankruptcy Judge

Debtor: Linda A. DeSande and Terry A. DeSande
Case No.: 19-13805-CMG
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay and Co-Debtor Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), whereas the post-petition arrearage amount was $4,440.84 as of December 16, 2020 and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2018 Nissan Rogue; VIN: 5N1AT2MV5JC715171** ("vehicle") provided that the Debtors comply with the following:

   a. On or before December 31, 2020, the Debtors shall cure the post-petition arrearage by tendering a lump sum payment of $2,940.84 directly to Creditor; and

   b. In addition to the above payment, the Debtors shall pay the remaining arrearage amount, namely $1,500.00, directly to Creditor, as well as the January 14, 2021 payment on or before January 14, 2021.

2. Upon the maturity of the underlying lease on January 14, 2020, the automatic stay under section 362 of the Bankruptcy Code and the co-debtor stay under section 1301 of the Bankruptcy Code shall be deemed terminated as to Creditor's interest in the Vehicle.

3. All payments due hereunder shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

4. The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above Paragraphs.

5. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), if not already terminated as stated above, and permitting Creditor to exercise any rights under the loan documents with respect to the Vehicle.

6.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Eugene D. Roth* | */s/Gavin N. Stewart* |
| Eugene D. Roth, Esquire | Gavin N. Stewart, Esq. |
| Law Office of Eugene D. Roth | Stewart Legal Group, P.L. |
| Valley Pk. East,2520 Hwy 35, Suite 307 | 401 East Jackson Street, Suite 2340 |
| Manasquan, NJ 08736 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-13805-CMG
Terry A. DeSande                                                                Chapter 13
Linda A. DeSande
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3               User: admin               Page 1 of 2
Date Rcvd: Dec 22, 2020        Form ID: pdf903        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb          Terry A. DeSande, Linda A. DeSande, 93 Eton Ron, Toms River, NJ 08757

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020               Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

**Name**             **Email Address**

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
     on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com

Eugene D. Roth
     on behalf of Debtor Terry A. DeSande erothesq@gmail.com

Eugene D. Roth
     on behalf of Joint Debtor Linda A. DeSande erothesq@gmail.com

Gavin Stewart
     on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald
     on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 22, 2020 | Form ID: pdf903 | Total Noticed: 1

Laura M. Egerman
    on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Shauna M Deluca
    on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10