Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13805−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terry A. DeSande
93 Eton Ron
Toms River, NJ 08757

Linda A. DeSande
93 Eton Ron
Toms River, NJ 08757

Social Security No.:
  xxx−xx−1810                         xxx−xx−5907

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:    5/19/21
Time:   12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eugene D. Roth, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,900.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 23, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Terry A. DeSande  
Linda A. DeSande  
    Debtors

Case No. 19-13805-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 23, 2021      Form ID: 137      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Terry A. DeSande, Linda A. DeSande, 93 Eton Ron, Toms River, NJ 08757 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| cr | + | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518224388 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd, Bayville, NJ 08721-1296 |
| 518078405 | + | DITECH FINANCIAL LLC, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518047539 | + | Ditech Financial, LLC, c/o KML Law Firm, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518047549 | + | First Atlantic FCU, 468 Industrial Way W, Eatontown, NJ 07724-2210 |
| 518047550 | | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 518047551 | + | First Savings Credit Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518047552 | + | Independent Investors, 24 Shawnee Court, Medford, NJ 08055-9708 |
| 518047556 | + | Lillian Zhang, 11 Walnut Street, Livingston, NJ 07039-2507 |
| 518404135 | | New Residential Mortgage LLC, NewRez LLC, DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518404136 | + | New Residential Mortgage LLC, NewRez LLC, DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 New Residential Mortgage LLC 29603-0826 |
| 518067080 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518047558 | + | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518047562 | + | Portfolio Recovery, c/o Craner Satkin Scheer, et al, 320 Park Avenue, PO Box 367, Norfolk, VA 23501 |
| 518047563 | + | Portfolio Recovery, c/o Craner Satkin Scheer, et al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 518210293 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518047564 | + | Santander Bank, PO Box 961245, Orlando, FL 32896-0001 |
| 518103334 | + | Santander Consumer USA Inc, POB 961245, Fort Worth, TX 76161-0244 |
| 518102030 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518047565 | + | Silver Ridge Park West Homeowners Assoc., 145 Westbrook Drive, Toms River, NJ 08757-4703 |
| 518047566 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518047567 | + | Tiffany DeSande, 610 Barnegat Avenue, Apt. 2, Seaside Heights, NJ 08751-2365 |
| 518047568 | + | Trystone Capital Assets, LLC, PO Box 1030, Brick, NJ 08723-0090 |
| 518047569 | + | US Bank Cust for PC4 & Crdtrs, Tax Lien Svc Group, 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518047570 | + | US Bank for FNA Jersey Boi, LLC, 50 S. 16th Street, Suire 2050, Philadelphia, PA 19102-2516 |
| 518047571 | + | WaWa, 260 W. Baltimore Pike, Media, PA 19063-5620 |
| 518177058 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518047572 | + | Zullily Credit Card, 10 Emery Street, Bethlehem, PA 18015-1927 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States |

Case 19-13805-CMG   Doc 62   Filed 04/25/21   Entered 04/26/21 00:21:34   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518047542 | + | Email/Text: bk@avant.com | Apr 23 2021 22:35:00 | Avant, 640 North LaSalle Street, Chicago, IL 60654-3781 |
| 518132285 | + | Email/Text: documentfiling@lciinc.com | Apr 23 2021 22:32:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518047543 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 22:55:51 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518153891 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 22:56:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518047545 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:57:15 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518224270 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 22:57:28 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518047547 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 22:55:52 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518047548 | + | Email/Text: mrdiscen@discover.com | Apr 23 2021 22:32:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518060702 | | Email/Text: mrdiscen@discover.com | Apr 23 2021 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518168196 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2021 22:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518047540 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 22:55:49 | Amazon, C/O Chase Cardmember Services, PO 15298, Wilmington, DE 19850 |
| 518579186 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579185 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518208392 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518047553 | + | Email/Text: Documentfiling@lciinc.com | Apr 23 2021 22:33:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 518047555 | | Email/Text: ml-ebn@missionlane.com | Apr 23 2021 22:32:00 | Lendup Card Services, Inc, PO Box 4517, Carol Stream, IL 60197-4517 |
| 518047557 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:57:15 | Mavis Tire/Synchrony Care Care, PO Box 960061, Orlando, FL 32896-0061 |
| 518047560 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:57:15 | PC Richard/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518047561 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:44 | PEP Boys/Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 518220389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:58:55 | Portfolio Recovery Associates, LLC, C/Osynchrony Bank, POB 41067, Norfolk VA 23541 |
| 518710339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518710340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518220428 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:58:56 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518206912 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:58:58 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518206910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:58:56 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518206908 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:29 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 518047559 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:44 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518224512 | + | Email/Text: bncmail@w-legal.com | Apr 23 2021 22:35:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518539767 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518050202 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:58:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518208798 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 22:56:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518047541 | | Asset Acceptance, LLC, C/O Christopher I. Moyan, 2401 Stanley Gault Parkway |
| cr | *+ | DITECH FINANCIAL LLC, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518047544 | *+ | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518047546 | * | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518047554 | *+ | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 518229721 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE AZ 85284-0046 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021                  Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

**Name**            **Email Address**
Albert Russo
                    docs@russotrustee.com

Denise E. Carlon

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: 137 | Total Noticed: 63 |

| | |
|---|---|
| | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Eugene D. Roth | |
| | on behalf of Debtor Terry A. DeSande erothesq@gmail.com |
| Eugene D. Roth | |
| | on behalf of Joint Debtor Linda A. DeSande erothesq@gmail.com |
| Gavin Stewart | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Shauna M Deluca | |
| | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12