| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>EUGENE D. ROTH, ESQ.-4239<br>VALLEY PARK EAST<br>2520 HIGHWAY 35, SUITE 307<br>MANASQUAN, NEW JERSEY 08736<br>(732) 292-9288<br>Attorney for Debtors | |
| In Re:<br><br>Terry A. Desande and Linda A. DeSande,<br><br>Debtors | Case No.: 19-13805<br><br>Chapter: 13<br><br>Judge: CMG |

Order Filed on May 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 20, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eugene D. Roth_____, the applicant, is allowed a fee of $ _____1900.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,045.00_____ per month for _____34_____ months to allow for payment of the above fee.

*rev.8/1/15*