Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13805−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Terry A. DeSande | Linda A. DeSande |
|---|---|
| 93 Eton Ron | 93 Eton Ron |
| Toms River, NJ 08757 | Toms River, NJ 08757 |

Social Security No.:
 xxx−xx−1810                                     xxx−xx−5907

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: Terry A. DeSande and Linda A. DeSande
         Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: June 6, 2023
JAN: wdr

Jeanne Naughton, Clerk