| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Terry A. DeSande<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1810<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda A. DeSande<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5907<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–13805–CMG | | |

## Order of Discharge                                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry A. DeSande                                           Linda A. DeSande

7/31/23                                                            **By the court:** Christine M. Gravelle
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-13805-CMG
Terry A. DeSande  Chapter 13
Linda A. DeSande
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Jul 31, 2023 | Form ID: 3180W | Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Terry A. DeSande, Linda A. DeSande, 93 Eton Ron, Toms River, NJ 08757 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518224388 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd, Bayville, NJ 08721-1296 |
| 518047539 | + | Ditech Financial, LLC, c/o KML Law Firm, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518047549 | + | First Atlantic FCU, 468 Industrial Way W, Eatontown, NJ 07724-2210 |
| 518047551 | + | First Savings Credit Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518047552 | + | Independent Investors, 24 Shawnee Court, Medford, NJ 08055-9708 |
| 518047556 | + | Lillian Zhang, 11 Walnut Street, Livingston, NJ 07039-2507 |
| 518047562 | + | Portfolio Recovery, c/o Craner Satkin Scheer, et al, 320 Park Avenue, PO Box 367, Norfolk, VA 23501 |
| 518047563 | + | Portfolio Recovery, c/o Craner Satkin Scheer, et al, 320 Park Avenue, PO Box 367, Scotch Plains, NJ 07076-0367 |
| 518047564 | + | Santander Bank, PO Box 961245, Orlando, FL 32896-0001 |
| 518047565 | + | Silver Ridge Park West Homeowners Assoc., 145 Westbrook Drive, Toms River, NJ 08757-4703 |
| 518210293 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518047567 | + | Tiffany DeSande, 610 Barnegat Avenue, Apt. 2, Seaside Heights, NJ 08751-2365 |
| 518047568 | + | Trystone Capital Assets, LLC, PO Box 1030, Brick, NJ 08723-0090 |
| 518047569 | + | US Bank Cust for PC4 & Crdtrs, Tax Lien Svc Group, 50 South 16th Street, Suite 2050, Philadelphia, PA 19102-2516 |
| 518047570 | + | US Bank for FNA Jersey Boi, LLC, 50 S. 16th Street, Suire 2050, Philadelphia, PA 19102-2516 |
| 518047571 | + | WaWa, 260 W. Baltimore Pike, Media, PA 19063-5620 |
| 518047572 | + | Zullily Credit Card, 10 Emery Street, Bethlehem, PA 18015-1927 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 31 2023 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 31 2023 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 31 2023 21:31:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2023 21:31:00 | Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 518047542 | + | Email/Text: bk@avant.com | Jul 31 2023 21:32:00 | Avant, 640 North LaSalle Street, Chicago, IL 60654-3781 |
| 518132285 | + | EDI: COMCASTCBLCENT | Aug 01 2023 01:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 518047543 | + EDI: CAPITALONE.COM | Aug 01 2023 01:23:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518153891 | + EDI: AIS.COM | Aug 01 2023 01:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518047545 | EDI: RMSC.COM | Aug 01 2023 01:23:00 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518224270 | + EDI: CITICORP.COM | Aug 01 2023 01:23:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518047547 | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2023 21:43:14 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518078405 | + Email/Text: RASEBN@raslg.com | Jul 31 2023 21:31:00 | DITECH FINANCIAL LLC, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 518047548 | + EDI: DISCOVER.COM | Aug 01 2023 01:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518060702 | EDI: DISCOVER.COM | Aug 01 2023 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518047550 | Email/Text: BNSFN@capitalsvcs.com | Jul 31 2023 21:31:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 518168196 | EDI: JEFFERSONCAP.COM | Aug 01 2023 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518047540 | EDI: JPMORGANCHASE | Aug 01 2023 01:23:00 | Amazon, C/O Chase Cardmember Services, PO 15298, Wilmington, DE 19850 |
| 518579186 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2023 21:43:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579185 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2023 21:43:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518208392 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2023 21:32:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518047553 | + EDI: LENDNGCLUB | Aug 01 2023 01:23:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 518047555 | Email/Text: ml-ebn@missionlane.com | Jul 31 2023 21:30:00 | Lendup Card Services, Inc, PO Box 4517, Carol Stream, IL 60197-4517 |
| 518047557 | EDI: RMSC.COM | Aug 01 2023 01:23:00 | Mavis Tire/Synchrony Care Care, PO Box 960061, Orlando, FL 32896-0061 |
| 518404136 | + Email/Text: mtgbk@shellpointmtg.com | Jul 31 2023 21:31:00 | New Residential Mortgage LLC, NewRez LLC, DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC 29603-0826 |
| 518404135 | Email/Text: mtgbk@shellpointmtg.com | Jul 31 2023 21:31:00 | New Residential Mortgage LLC, NewRez LLC, DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518067080 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 31 2023 21:31:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518047558 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 31 2023 21:31:00 | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 518047560 | EDI: RMSC.COM | Aug 01 2023 01:23:00 | PC Richard/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518047561 | EDI: RMSC.COM | Aug 01 2023 01:23:00 | PEP Boys/Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 518220389 | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Jul 31, 2023 | Form ID: 3180W | Total Noticed: 64

| Recip ID | | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518710339 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518710340 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518220428 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518206912 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518206910 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518206908 | | EDI: PRA.COM | Aug 01 2023 01:23:00 | Portfolio Recovery Associates, LLC, c/o Pep Boys, POB 41067, Norfolk VA 23541 |
| 518047559 | + | EDI: RMSC.COM | Aug 01 2023 01:23:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518224512 | + | Email/Text: bncmail@w-legal.com | Jul 31 2023 21:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518103334 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2023 21:31:00 | Santander Consumer USA Inc, POB 961245, Fort Worth, TX 76161-0244 |
| 518102030 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2023 21:31:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518047566 | ^ | MEBN | Jul 31 2023 21:29:24 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518539767 | + | EDI: RMSC.COM | Aug 01 2023 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518050202 | + | EDI: RMSC.COM | Aug 01 2023 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518208798 | + | EDI: AIS.COM | Aug 01 2023 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518177058 | | EDI: WFFC2 | Aug 01 2023 01:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518047541 | | Asset Acceptance, LLC, C/O Christopher I. Moyan, 2401 Stanley Gault Parkway |
| cr | *+ | DITECH FINANCIAL LLC, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518047544 | *+ | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 518047546 | * | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518047554 | *+ | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 518229721 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPE AZ 85284-0046 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 31, 2023 | Form ID: 3180W | Total Noticed: 64 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Eugene D. Roth | on behalf of Debtor Terry A. DeSande erothesq@gmail.com |
| Eugene D. Roth | on behalf of Joint Debtor Linda A. DeSande erothesq@gmail.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC laura.egerman@mccalla.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Phillip Andrew Raymond | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Shauna M Deluca | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor New Residential Mortgage  LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14